JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD CARTER, SR., | Case No. 2:24-cv-10309-FWS-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed without prejudice.

Dated: March 18, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE